ATTORNEY GRIEVANCE COMMISSION     \*     IN THE
OF MARYLAND     \*     COURT OF APPEALS

    \*     OF MARYLAND

       Petitioner,     \*

    \*     Misc. Docket AG No. 1

v.     \*     September Term, 2017

    \*

ROBIN KEITH ANNESLEY FICKER     \*     Circuit Court for

    \*     Prince George's County

       Respondent.     \*     Case No. CAE-17-07840

## ORDER

This matter is before the Court upon the filing of a Joint Petition for Reprimand by Consent pursuant to Maryland Rule 19-736. Upon consideration thereof, and in accordance with Maryland Rule 19-743(b), it is this 30ᵗʰ day of _____ June _____, 2017,

ORDERED, by the Court of Appeals of Maryland, that Robin Keith Annesley Ficker, Respondent, is hereby reprimanded for engaging in professional misconduct violating (1) Rule 8.4(d) of the Maryland Lawyers' Rules of Professional Conduct ("MLRPC") then in effect based upon his failure to arrive punctually in the District Court of Maryland for Howard County on December 17, 2015 for a scheduled court hearing in the case of State of Maryland v. Rosalyn Marie Morales, thereby disrupting the docket of the tribunal and causing his client, Ms. Morales, to have to address the court without representation when her case was initially called; and (2) Rule 5.3(d) of the MLRPC based upon his failure to comply with the notice of employment and associated provisions of that rule when, in 2013, he employed as a nonlawyer a formerly admitted lawyer who had been disbarred by this Court; and it is further

ORDERED, that within (10) days from the date of this Order, Respondent shall send written apologies for his late arrival in court on December 17, 2015 to Judge Marc Rasinsky and to Rosalyn Marie Morales and shall file copies of same with this Court and with Bar Counsel.

/s/ Clayton Greene Jr.
Senior Judge